Arnold B. Calmann
Jeffrey Soos
**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Barry S. White
Steven M. Amundson
**FROMMER LAWRENCE & HAUG, LLP**
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Attorneys for Defendants*
*Lupin Limited and Lupin Pharmaceuticals, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 07-2896 (GEB) (JJH) <br><br> **APPLICATION AND CERTIFICATION OF ARNOLD B. CALMANN, ESQ. IN SUPPORT OF REQUEST FOR PRO HAC VICE <u>ADMISSION OF CO-COUNSEL</u>** <br><br> *DOCUMENT ELECTRONICALLY FILED* |

**ARNOLD B. CALMANN**, of full age, hereby certifies as follows:

1.     I am a member of the law firm of Saiber Schlesinger Satz & Goldstein, LLC, One Gateway Center, 13th Floor, Newark, New Jersey 07102. I am admitted to practice before the Courts of the State of New Jersey, and the United States

District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification in support of the application by defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), for the admissions *pro hac vice* of (i) Barry S. White and (ii) Steven M. Amundson, both of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, NY 10151, to appear in this action as co-counsel for Lupin.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber Schlesinger Satz & Goldstein, LLC. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. On behalf of Lupin, I respectfully request that the Court grant its application to have Barry S. White, Esq., and Steven M. Amundson, Esq., admitted *pro hac vice* to appear and participate as its co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                           */s/ Arnold B. Calmann*
                                                          ARNOLD B. CALMANN

Dated: July 24, 2007